# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. CR216-24 |
| ) | |
| ROBERT LEE TAYLOR ) | |

**U. S. DISTRICT COURT**
**Southern District of GA**
**Filed In Office**

ORDER  8/29/17

**Deputy Clerk**

Upon consideration of the request by the surety for return of the bond posted in the above captioned case in the amount of **$3,000.00**, and the final judgment and conviction having been entered in this case, said request is hereby GRANTED.

IT IS HEREBY ORDERED that the Clerk of this Court disburse said funds, plus any and all accrued interest, to:

Sue W. Taylor
1426 Elizabeth Street
Waycross, Georgia 31503

SO ORDERED this 29 day of August, 2017.

THE HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA